No. 96–8033.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 96–8036.  HOWELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8053.  TOKARS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–1149.  TRUSTEES OF TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY ET AL. *v.* FEDERAL EXPRESS CORP. ET AL.  C. A. 3d Cir.  Motion of National Coordinating Committee for Multiemployer Plans for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 96–1307.  DUNCAN, WARDEN *v.* BAYLOR.  C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 96–1330.  BLACK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari before judgment denied.

No. 96–8320 (A–670).  MEDINA *v.* FLORIDA.  Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 96–8321 (A–671).  MEDINA *v.* FLORIDA.  Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 96–8359 (A–676).  MEDINA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 96–6659.  SCOTT *v.* RECESSION HEARING OFFICIAL ET AL., 519 U. S. 1095;
No. 96–6684.  BAST *v.* GLASBERG ET AL., 519 U. S. 1095;
No. 96–6973.  FLEMING *v.* UNITED STATES, 519 U. S. 1083;
No. 96–7290.  FOSTER *v.* GIANT FOOD, INC., 519 U. S. 1153;.

No. 96–7343.  SCHWARZ *v.* CLINTON ET AL., 519 U. S. 1135;
No. 96–7539.  IN RE VISINTINE, 519 U. S. 1107; and
No. 96–7570.  FOSTER *v.* UNITED STATES MARSHALS SERVICE, 519 U. S. 1154.  Petitions for rehearing denied.

No. 96–6786.  BURTON *v.* BURTON, 519 U. S. 1082.  Motion for leave to file petition for rehearing denied.

MARCH 28, 1997

No. 96–1216.  JANE PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER ET AL. *v.* RISHELL, CURATOR OF THE PERSON AND ESTATE OF LACEY, AN INCAPACITATED PERSON.  C. A. 10th Cir. Certiorari dismissed only as to Jane Phillips Episcopal Memorial Medical Center under this Court's Rule 46.

MARCH 31, 1997

No. 96–1327.  BASKIN *v.* BATH TOWNSHIP BOARD OF ZONING APPEALS ET AL.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.1.

No. D–1769.  IN RE DISBARMENT OF DAVISON.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1104.]

No. D–1771.  IN RE DISBARMENT OF LYNN.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1104.]

No. D–1774.  IN RE DISBARMENT OF MCDONALD.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1105.]

No. D–1791.  IN RE DISBARMENT OF GROWNEY.  William Edward Growney, of Pacifica, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.